**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6945**

RAYMOND GRIFFIN,

              Plaintiff - Appellant,

        v.

DEBORAH SHANDLES, Assistant District Attorney; DONALD C.
PATE, Trooper – NC State Highway Patrol; T. MCELROY,
Detective – Raleigh Police Department; S. JOHNSON, Raleigh
Police Officer; C. PIERCE, Raleigh Police Officer; D.
HARPER, Raleigh Police Officer; DONNIE HARRISON, Wake County
Sheriff; CHARLES CALDWELL, NC Public Defender; CHRISTY
HIGHSMITH, Assistant Public Defender; JOURNALIST AND MEDIA;
JOHN AND JANE DOE; DETECTIVE MCKEON, Raleigh Police
Department,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever III,
Chief District Judge. (5:15-ct-03145-D)

Submitted:  November 22, 2016        Decided:  November 28, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Griffin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Griffin appeals the district court's orders adopting the magistrate judge's recommendation to dismiss, after a 28 U.S.C. § 1915A (2012) review, Griffin's 42 U.S.C. § 1983 (2012) action, and denying Griffin's Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Griffin's motion for appointment of counsel and affirm the district court's orders. See Griffin v. Shandles, No. 5:15-ct-03145-D (E.D.N.C. Feb. 22, 2016; May 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED